**SCHENCK, PRICE, SMITH & KING, LLP**
Scott A. Leaman, Esq. (8737)
220 Park Avenue, P.O. Box 991
Florham Park, New Jersey 07932-0991
(973) 539-1000
*Attorneys for Defendant*,
Athas Healthcare, LLC, d/b/a North American Spine

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CARMELO JOHN GIUFFRE<br><br>Plaintiff,<br>v.<br><br>NORTH AMERICAN SPINE, LLC; DAMON J. NOTO, MD; SPINE & JOINT CENTER; HACKENSACK SURGERY CENTER, LLC; LIBERTY SPINE & PAIN, LLC; DOUG JOHNSON, PA; S&D SURGICAL SYSTEMS, INC.; WILLIAM L. HIGH, MD, PHD; JOHN S. HOLT, CNIM, R EDT, R EPT; ADAM MARTIN; JOHN DOE, MD 1-10; JANE DOE, MD 1-10; JOHN DOE, RN 1-10; JANE DOE, RN 1-10; JOHN DOE 1-10; JANE DOE 1-10; JOHN DOE CORP. 1-10, fictitious names<br><br>Defendants. | UNITED STATES DISTRICT COURT<br><br>DISTRICT OF NEW JERSEY<br><br>Civil Action No. 16-01641 (MCA-LDW)<br><br>District Judge Madeline Cox Arleo<br><br>Magistrate Leda Dunn Wettre<br><br>**NOTICE OF MOTION TO STAY PROCEEDINGS AND DISCOVERY**<br><br><u>Document Filed Electronically</u> |

TO:   CLERK OF THE COURT

PLEASE TAKE NOTICE that Scott A. Leaman of Schenck, Price, Smith & King, LLP on behalf of defendant Athas Healthcare, LLC, d/b/a North American Spine, will move before the Honorable Madeline Cox Arleo, U.S.D.J., on October 17, 2016, in the United States Courthouse, Newark, New Jersey, pursuant to 9 U.S.C. § 3, for an Order to Stay the Proceedings and Discovery with respect to all claims made against defendant Athas Healthcare, d/b/a North American Spine.

In support of its motion, Athas Healthcare, d/b/a North American Spine, will rely upon the attached brief, any reply papers in support thereof, and oral argument, if any.

A proposed form of Order is attached hereto.

                                                **SCHENCK, PRICE, SMITH & KING, LLP**
                                                Attorneys for Defendant, Athas Healthcare, LLC, d/b/a North American Spine

                                                By:  s/ Scott A. Leaman
                                                        Scott A. Leaman, Esq.

Dated:   September 23, 2016

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CARMELO JOHN GIUFFRE<br><br>Plaintiff,<br>v.<br><br>NORTH AMERICAN SPINE, LLC; DAMON J. NOTO, MD; SPINE & JOINT CENTER; HACKENSACK SURGERY CENTER, LLC; LIBERTY SPINE & PAIN, LLC; DOUG JOHNSON, PA; S&D SURGICAL SYSTEMS, INC.; WILLIAM L. HIGH, MD, PHD; JOHN S. HOLT, CNIM, R EDT, R EPT; ADAM MARTIN; JOHN DOE, MD 1-10; JANE DOE, MD 1-10; JOHN DOE, RN 1-10; JANE DOE, RN 1-10; JOHN DOE 1-10; JANE DOE 1-10; JOHN DOE CORP. 1-10, fictitious names<br><br>Defendants. | UNITED STATES DISTRICT COURT<br><br>DISTRICT OF NEW JERSEY<br><br>Civil Action No. 16-01641 (MCA-LDW)<br><br>ORDER STAYING DISCOVERY OF ALL CLAIMS AGAINST DEFENDANT ATHAS HEALTHCARE, LLC d/b/a NORTH AMERICAN SPINE |

**THIS MATTER** having been opened to the Court on the motion of Schenck, Price, Smith & King, LLP, attorneys for defendant Athas Healthcare LLC, d/b/a North American Spine, for an Order staying discovery, of all claims and proccedings asserted against defendant Athas Healthcare, and staying proceedings as to Athas Healthcare as a defendant; and the Court having reviewed all submissions of the parties, and having entertained oral argument; and for good cause shown;

**IT IS**, on this _____ day of _____, 2016, hereby;

**ORDERED** that all claims asserted by Plaintiff, Carmelo John Giuffre, against defendant Athas Healthcare, LLC in the Amended Complaint, are stayed pursuant to the arbitration agreement and 9 U.S.C. § 3; and it is further

**ORDERED** that this stay of discovery shall remain in effect until such time as another court order vacates or amends this order; and it is further

**ORDERED** that this court shall retain jurisdiction of all other claims in the above-captioned matter, and discovery shall proceed with respect to those claims, except those directed at defendant Athas Healthcare, LLC; and it is further

**ORDERED** that nothing in this order shall bar defendant Athas Healthcare, LLC from seeking an order to compel arbitration in the U.S. District Court for Northern District of Texas pursuant to 9 U.S.C. § 4; and it is further

**ORDERED** that nothing in this order limits any party's right to pursue a resolution of claims in arbitration.

_____
HON. MADELINE COX ARLEO, U.S.D.J.


_____
LENA DUNN WETTRE, U.S.M.J.